Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brenda M. Gossett
fka Brenda M. Clark, fka Brenda M. Peace, fka Brenda M. Curry**
   Debtor(s)

Bankruptcy Case No.: 13–24399–GLT
Related to Docket No. 105
Chapter: 13
Docket No.: 106 – 105
Concil. Conf.: March 30, 2017 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 21, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 30, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 20, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 13-24399-GLT
Brenda M. Gossett                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Jan 20, 2017
                              Form ID: 213            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
```
db          +Brenda M. Gossett,    1622 Maplewood Avenue,    Pittsburgh, PA 15221-1546
cr          +Borough of Wilkinsburg/Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr          +Wilkinsburg School District & Northwest Incubator,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
13740851    +AAS Debt Recovery, Inc.,    PO B 129,    Monroeville, PA 15146-0129
13733184     Allegheny County,    Treasurer's Office,    Room 108, Courthouse,    Pittsburgh, PA  15219
13745753    +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13740854     CBCS,    PO B 163006,    Columbus, OH  43216-3006
13768249    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13740855     Credit Management Co.,    Foster Plaza 6,    681 Andersen Drive,    Pittsburgh, PA  15220-2766
13740857     Duquesne Light Company,    Bldg. 1 Mail Stop N1BK,    2837 New Beaver Avenue,
              Pittsburgh, PA  15233-1003
13791911     ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13740858    +Enterprise Recovery Systems, Inc.,    PO Box 5288,    Oak Brook, IL 60522-5288
13740859     Fingerhut,    PO B 166,    Newark, NJ  07101-0166
13740860     Forbes Regional Hospital,    PO B 644675,    Pgh, PA  15264-4675
13765686     JP Morgan Chase Bank NA,    3415 Vision Drive,    Columbus OH 43219-6009
13740862    +Mark Sprague,    3000 Lillian Avenue,    Murrysville, PA 15668-1904
13740863     NCO Financial,    PO B 13570,    Philadelphia, PA  19101
13740864    +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13733186    +Pennwest Motors Inc.,    1615 Golden Mile Hwy.,    Monroeville, PA 15146-2009
13733187   #+Portnoff Law Associates,    1000 Sandy Hill Road, Ste. 150,    Norristown, PA 19401-4181
13740867    +Seventh Avenue,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
13740868    +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13740869    +Summit Apartments,    3000 Lillian Avenue,    Murraysville, PA 15668-1904
13740870    +Theodore M. Levine, DDS PC,    Steven C. Levine, DMD,    400 Penn Center Blvd. Ste 111,
              Pgh, PA 15235-5601
13733188    +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
13733189    +Wilkinsburg School District,    C/O Portnoff Law Associates,    1000 Sandy Hill Rd. Ste. 150,
              Norristown, PA 19401-4181
13745752    +Wilkinsburg School District & Northwest Pennsylvan,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13783495     +E-mail/Text: EBNProcessing@afni.com Jan 21 2017 01:44:48      Afni, Inc,    PO Box 3667,
              Bloomington, IL 61702-3667
13740853      E-mail/Text: bankruptcy@usecapital.com Jan 21 2017 01:45:29      Capital Accounts LLC,
              PO Box 140065,    Nashville, TN  37214-0065
13742115     +E-mail/Text: bankruptcy@cavps.com Jan 21 2017 01:44:56      Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13740856     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 21 2017 01:45:02
              Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13767494     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 21 2017 01:45:23      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13733185     +E-mail/Text: cio.bncmail@irs.gov Jan 21 2017 01:44:04      Internal Revenue Service,
              Dept. Of The Treasury,    1000 Liberty Avenue, Room 705,    Pittsburgh, PA 15222-4014
13774517      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 21 2017 01:44:54      Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
13790806      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2017 01:37:05
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13790807      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2017 01:37:19
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13799376     +E-mail/Text: bkdepartment@rtresolutions.com Jan 21 2017 01:44:52
              Real Time Resolutions, Inc.,    1349 Empire Central Dr., Suite 150,    Dallas, TX 75247-4029
13785169     +E-mail/Text: bnc-bluestem@quantum3group.com Jan 21 2017 01:45:11      Webbank-Fingerhut,
              6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Allegheny County
cr               U.S. Bank National Association, as Indenture stee,
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jan 20, 2017
                              Form ID: 213            Total Noticed: 39

cr*            +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13740852*       Allegheny County,    Treasurer's Office,    Room 108, Courthouse,    Pittsburgh, PA  15219
13740861*      +Internal Revenue Service,    Dept. Of The Treasury,    1000 Liberty Avenue, Room 705,
                 Pittsburgh, PA 15222-4014
13740865*      +Portnoff Law Associates,    1000 Sandy Hill Road, Ste. 150,    Norristown, PA 19401-4181
13740871*      +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
13740866      ##+RUI Credit Services Inc.,    225 Broadhollow Road,    Melville, NY 11747-4809
                                                                                          TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Indenture stee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle  Bank National Association, as I agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture stee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle  Bank National Association, as I bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Borough of Wilkinsburg/Wilkinsburg School District and
               Northwest Pennsylvania Incubator Association, Assignee of Wilkinsburg School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              James R. Wood    on behalf of Creditor    Borough of Wilkinsburg jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              James R. Wood    on behalf of Creditor    Wilkinsburg School District & Northwest Incubator
               Association, assignee of Wilkinsburg School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Mary Bower Sheats    on behalf of Debtor Brenda M. Gossett mbsheats@fbmgg.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```