IN THE UNITED STATES BANKRUPTCY COURT
For the WESTERN DISTRICT of PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re:<br>Brenda M. Gossett<br>fka Brenda M. Clark, fka Brenda M. Peace,<br>fka Brenda M. Curry<br><br>    Debtor | )<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case Number: 13-24399-GLT<br><br>REQUEST FOR SPECIAL NOTICE<br><br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
Wilkinsburg School District
and Wilkinsburg Borough

Creditors of the above-referenced Debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that WILKINSBURG SCHOOL DISTRICT AND WILKINSBURG BOROUGH be given and served with all notices given or required to be given in the case as follows:

Wilkinsburg School District and Wilkinsburg Borough
c/o Maiello, Brungo & Maiello, LLP - Tax Division
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA  15235

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: March 20, 2017

Respectfully submitted,

By:    */s/ Jennifer L. Cerce, Esquire*
Attorney for Creditors
PA I.D. #81157
Maiello, Brungo & Maiello, LLP
424 S. 27th Street, Ste. 210
Pittsburgh, PA  15203
(412) 242-4400
jlc@mbm-law.net

268837,43001.0