Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brenda M. Gossett** | : | Case No. 13−24399−GLT |
| **fka Brenda M. Clark, fka Brenda M. Peace,** | : | Chapter: 13 |
| **fka Brenda M. Curry** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 105 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **21st day of March, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24399-GLT
Brenda M. Gossett                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                  Page 1 of 2                   Date Rcvd: Mar 21, 2017
                              Form ID: 309                Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db          +Brenda M. Gossett,    1622 Maplewood Avenue,    Pittsburgh, PA 15221-1546
cr          +Borough of Wilkinsburg/Wilkinsburg School District,   c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,    Pittsburgh, PA  15219
cr          +Wilkinsburg School District & Northwest Incubator,   c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
13740851    +AAS Debt Recovery, Inc.,    PO B 129,   Monroeville, PA 15146-0129
13733184     Allegheny County,    Treasurer's Office,    Room 108, Courthouse,    Pittsburgh, PA  15219
13745753    +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13740854     CBCS,   PO B 163006,    Columbus, OH  43216-3006
13768249    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13740855     Credit Management Co.,    Foster Plaza 6,    681 Andersen Drive,    Pittsburgh, PA  15220-2766
13740857     Duquesne Light Company,    Bldg. 1 Mail Stop N1BK,    2837 New Beaver Avenue,
              Pittsburgh, PA  15233-1003
13791911     ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13740858    #+Enterprise Recovery Systems, Inc.,    PO Box 5288,   Oak Brook, IL 60522-5288
13740859     Fingerhut,   PO B 166,    Newark, NJ  07101-0166
13740860     Forbes Regional Hospital,    PO B 644675,    Pgh, PA  15264-4675
13765686     JP Morgan Chase Bank NA,    3415 Vision Drive,    Columbus OH 43219-6009
13740862    +Mark Sprague,    3000 Lillian Avenue,   Murrysville, PA 15668-1904
13740863     NCO Financial,    PO B 13570,   Philadelphia, PA  19101
13740864    +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13733186    +Pennwest Motors Inc.,    1615 Golden Mile Hwy.,   Monroeville, PA 15146-2009
13733187    #+Portnoff Law Associates,    1000 Sandy Hill Road, Ste. 150,    Norristown, PA 19401-4181
13740867    +Seventh Avenue,    c/o Creditors Bankruptcy Service,    PO Box 740933,   Dallas, TX 75374-0933
13740868    +Spartan Financial Services,    13730 S Point Blvd,   Charlotte, NC 28273-7715
13740869    +Summit Apartments,    3000 Lillian Avenue,   Murraysville, PA 15668-1904
13740870    +Theodore M. Levine, DDS PC,    Steven C. Levine, DMD,    400 Penn Center Blvd. Ste 111,
              Pgh, PA 15235-5601
13733188    +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
13733189    +Wilkinsburg School District,    C/O Portnoff Law Associates,    1000 Sandy Hill Rd. Ste. 150,
              Norristown, PA 19401-4181
13745752    +Wilkinsburg School District & Northwest Pennsylvan,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13783495    +EDI: AFNIRECOVERY.COM Mar 22 2017 02:58:00      Afni, Inc,   PO Box 3667,
              Bloomington, IL 61702-3667
13740853     E-mail/Text: bankruptcy@usecapital.com Mar 22 2017 03:16:22      Capital Accounts LLC,
              PO Box 140065,    Nashville, TN  37214-0065
13742115    +E-mail/Text: bankruptcy@cavps.com Mar 22 2017 03:15:44      Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13740856    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 22 2017 03:15:49
              Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13767494    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 22 2017 03:16:12      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13733185     EDI: IRS.COM Mar 22 2017 02:58:00      Internal Revenue Service,    Dept. Of The Treasury,
              1000 Liberty Avenue, Room 705,    Pittsburgh, PA 15222-3714
13774517     EDI: JEFFERSONCAP.COM Mar 22 2017 02:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
13790806     EDI: RESURGENT.COM Mar 22 2017 02:58:00      LVNV Funding, LLC its successors and assigns as,
              assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13790807     EDI: RESURGENT.COM Mar 22 2017 02:58:00      LVNV Funding, LLC its successors and assigns as,
              assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
13799376    +E-mail/Text: bkdepartment@rtresolutions.com Mar 22 2017 03:15:39
              Real Time Resolutions, Inc.,    1349 Empire Central Dr., Suite 150,    Dallas, TX 75247-4029
13785169    +EDI: BLUESTEM Mar 22 2017 02:58:00      Webbank-Fingerhut,    6250 Ridgewood Rd,
              St. Cloud, MN 56303-0820
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              U.S. Bank National Association, as Indenture stee,

```
District/off: 0315-2            User: dbas                  Page 2 of 2                  Date Rcvd: Mar 21, 2017
                                Form ID: 309                Total Noticed: 39

cr*              +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                   Norristown, PA 19404-3020
13740852*         Allegheny County,    Treasurer's Office,    Room 108, Courthouse,    Pittsburgh, PA  15219
13740861*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Dept. Of The Treasury,
                   1000 Liberty Avenue, Room 705,    Pittsburgh, PA  15222-3714)
13740865*        +Portnoff Law Associates,    1000 Sandy Hill Road, Ste. 150,    Norristown, PA 19401-4181
13740871*        +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
13740866       ##+RUI Credit Services Inc.,    225 Broadhollow Road,    Melville, NY 11747-4809
                                                                                               TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Indenture stee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle  Bank National Association, as I agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture stee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle  Bank National Association, as I bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Borough of Wilkinsburg/Wilkinsburg School District and
               Northwest Pennsylvania Incubator Association, Assignee of Wilkinsburg School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              James R. Wood    on behalf of Creditor    Borough of Wilkinsburg jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              James R. Wood    on behalf of Creditor    Wilkinsburg School District & Northwest Incubator
               Association, assignee of Wilkinsburg School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg/Wilkinsburg School District
               and Northwest Pennsylvania Incubator Association, Assignee of Wilkinsburg School District
               jlc@mbm-law.net
              Mary Bower Sheats    on behalf of Debtor Brenda M. Gossett mbsheats@fgbmp.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 11
```