**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRENDA M. GOSSETT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-24399 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/17/2013 and confirmed on 01/02/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,993.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,993.95 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,654.97 | |
|    Trustee Fee | 255.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,910.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   REAL TIME RESOLUTIONS INC(*) <br>    Acct: 9569 | 0.00 | 0.00 | 0.00 | 0.00 |
|   REAL TIME RESOLUTIONS INC(*) <br>    Acct: XXXXXXXXXX2/13 | 916.20 | 916.20 | 0.00 | 916.20 |
|   COUNTY OF ALLEGHENY (R/E TAX)* <br>    Acct: F116 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (MUN SVC FEE) <br>    Acct: XXXXXXXXXXXXXXX1-12 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG SD & NW PA INCUBATOR A <br>    Acct: XXXXXXX0;13 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (RE) <br>    Acct: XXXXXXXXXXXXXXXXXXX6-12 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG SD & NW PA INCUBATOR A <br>    Acct: XXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (MUN SVC FEE) <br>    Acct: XXXXXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (RE) <br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: F116 | | | | |
| | | | | 916.20 |
| **Priority** | | | | |
| MARY BOWER SHEATS | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRENDA M. GOSSETT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY BOWER SHEATS | 4,000.00 | 3,654.97 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,182.14 | 1,886.22 | 0.00 | 1,886.22 |
| Acct: 4989 | | | | |
| CLERK, U S BANKRUPTCY COURT | 281.00 | 281.00 | 0.00 | 281.00 |
| Acct: XXXXXXXX GLT | | | | |
| | | | | 2,167.22 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 270.03 | 0.00 | 0.00 | 0.00 |
| Acct: 5009 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX1591 | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX2301 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X1088 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5955 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4825 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8485 | | | | |
| ENTERPRISE RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX0883 | | | | |
| WEBBANK-FINGERHUT | 212.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3171 | | | | |
| FORBES REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MARK SPRAGUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9812 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 472.54 | 0.00 | 0.00 | 0.00 |
| Acct: 5828 | | | | |
| RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0558 | | | | |
| SEVENTH AVENUE | 465.28 | 0.00 | 0.00 | 0.00 |
| Acct: 0570 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX6308 | | | | |
| SUMMIT APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| THEODORE LEVINE DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X3100 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 78.06 | 0.00 | 0.00 | 0.00 |
| Acct: 4036 | | | | |
| INTERNAL REVENUE SERVICE* | 3,928.78 | 0.00 | 0.00 | 0.00 |
| Acct: 4989 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 355.51 | 0.00 | 0.00 | 0.00 |

| 13-24399 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 5382 | | | | | |
| AFNI INC**++ | | 258.24 | 0.00 | 0.00 | 0.00 |
| Acct: 8140 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 520.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9380 | | | | | |
| ECMC(*) | | 21,309.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4989 | | | | | |
| ANDREW F GORNALL ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 3,083.42 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 2,463.14 | |
| SECURED | 916.20 | |
| UNSECURED | 27.870.69 | |

Date: 04/11/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com